# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW DUSTIN WILSON, | ) |
| Plaintiff, | ) ) ) |
| | ) No. CIV 15-324-RAW-SPS |
| PONTOTOC COUNTY JUSTICE CENTER, et al., | ) ) ) ) |
| Defendants. | ) ) |

## OPINION AND ORDER

On August 27, 2015, this action was transferred to this court from the United States District Court for the Western District of Oklahoma. (Dkt. 7). On that same date, the court directed plaintiff to pay the filing fee or submit a proper motion for leave to proceed in forma pauperis. (Dkt. 9). On September 8, 2015, the order was returned to the court from plaintiff's last known address at the Pontotoc County Justice Center in Ada, Oklahoma. The website for the Oklahoma Department of Corrections, http://www.ok.gov/doc/, does not indicate plaintiff is in DOC custody, and he has not advised the court of his current address.

> All papers shall contain the name, mailing address, daytime telephone number, fax number, and e-mail address, if any, of the attorney or pro se litigant. If any of this information changes, the attorney or pro se litigant must notify the Court by filing the form provided by the Clerk and serving a copy on opposing counsel or pro se parties. . . ."

Local Civil Rule 5.5(a).

Because plaintiff has failed to comply with Local Civil Rule 5.5(a), this action is dismissed without prejudice for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED** this 9th day of September 2015.

**Dated this 9th day of September, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma